IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41437
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAI TAN DUONG; CHI THIEN DUONG,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(1:93-CR-16-1-2)
_____

July 15, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

PER CURIAM:[*]

Tai Tan Duong, federal prisoner #04216-078, and Chi Thien Duong, federal prisoner #04236-078, appeal from the district court's denial of their 28 U.S.C. § 2255 motion. They argue that the evidence was not sufficient to support their convictions under 18 U.S.C. § 924(c) for carrying and using firearms and that the district court's jury instruction on what constituted use of a firearm was erroneous. Although the record evidence is not sufficient to support the conviction under the use prong of § 924(c), (See Bailey v. United States, 515 U.S. 137 (1995)), it is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sufficient to support the conviction under the "carrying" prong. We also conclude that the erroneous "use" instruction was harmless because the jury found beyond a reasonable doubt the facts necessary to support the Duongs' convictions for "carrying."  See United States v. Brown, 161 F.3d 256, 259 (5th Cir. 1998)(en banc).  Accordingly, the judgment of the district court is

AFFIRMED.